IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff, | : | CASE NO.: 1:21-CR-00118-DAP |
| | : | |
| | : | JUDGE DAN A. POLSTER |
| v. | : | |
| | : | |
| TREMON DUKES, | : | **WAIVER OF DETENTION** |
|     Defendant. | : | **HEARING** |

**NOW COMES** Tremon Dukes ("Defendant"), by and through counsel, does hereby waive his right to a detention hearing currently scheduled for Thursday, March 18, 2021.

The undersigned met with Defendant in the Trumbull County Jail on Wednesday, March 17, 2021 and advised him of his right to a detention hearing, namely that, at a detention hearing, the Court would hear evidence to determine whether he should be held in jail without bond or whether a bond should be set for him.  Counsel advised Defendant that, if he waived his right to a detention hearing, he will be held in jail without bond while he awaits his trial or plea and sentencing.  Defendant understands the ramifications of his decision and waives his right voluntarily, knowingly, and intelligently.

Accordingly, Defendant hereby waives his right to have a detention hearing and reserves his right to apply to the Court for pretrial release should circumstances change.

Respectfully submitted,

Approved. The Detention Hearing set for March 18 at 12:15 p.m. is cancelled.
It is SO ORDERED.
s/*Dan Aaron Polster*
United States District Judge
March 18, 2021

/s/ Erin R. Flanagan
Erin R. Flanagan (0083291)
3091 Essex Road, Suite 300
Cleveland Heights, Ohio 44118
Telephone: (216) 312-9555
Email: erin@erinflanaganlaw.com

*Attorney for Defendant Tremon Dukes*

1